```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**ELNORA A. KELLEY,** )
)
    **Plaintiff,** )
)
vs. )CIVIL ACTION NO. 04-00359-CB-B
)
**JO ANNE B. BARNHART,** )
**Commissioner of** )
**Social Security,** )
)
    **Defendant.** )

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of all portions of the Recommendation to which objections have been made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 19, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 1st day of November, 2005.

                      *S/Charles R. Butler, Jr.*
                      **SENIOR UNITED STATES DISTRICT JUDGE**